Joel H. Levitin
Richard A. Stieglitz Jr.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000

*Attorneys for Falcon Strategic Partners IV, LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| NATIONAL EVENTS HOLDINGS, LLC, *et al.*,[1] | Case No. 17-11556 (JLG) |
| | (Joint Administration Requested) |
| Debtors. | |

------------------------------------------------------------x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rules 2002, 3017(a), 9007, and 9010, Cahill Gordon & Reindel LLP, on behalf of Falcon Strategic Partners IV, LP ("Falcon"), the Prepetition Agent, the Prepetition Lender, and the proposed DIP Lender, of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby appears in these Chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b), all pleadings, documents, and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or

---

[1] The last four numbers of each Debtor's taxpayer identification number are National Events Holdings, LLC (7314); National Events Intermediate, LLC (0566); National Event Company II, LLC (6663); National Event Company III, LLC (7592); and World Events Group II, LLC (9429). The Debtors' address is 1430 Broadway, 7th Floor, New York, New York 10018.

liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise) filed, given, or to be given in the Debtors' cases should be given and served upon Cahill Gordon & Reindel LLP, Eighty Pine Street, New York, New York  10005 (Attn: Joel H. Levitin, Esq., and Richard A. Stieglitz Jr., Esq., at jlevitin@cahill.com and rstieglitz@cahill.com), on behalf of Falcon.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtors' Chapter 11 cases is intended to be, or shall be construed as (a) a waiver of Falcon's right to assert that 28 U.S.C. § 157(b) is unconstitutional; (b) consent or submission by Falcon, or waiver of Falcon's right to object to, the jurisdiction of the Bankruptcy Court for any purpose; (c) a waiver of Falcon's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (d) a waiver of any right of Falcon to trial by jury; (e) a waiver of Falcon's right to have the reference withdrawn by a District Court for any matter involving Falcon to assert that the reference has already been withdrawn; or (f) Falcon's right to have any unliquidated portions of any claim determined by an applicable state court, all of which rights are expressly reserved.

PLEASE TAKE FURTHER NOTICE that this notice is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any of the Debtors or any other entity either in these cases or in any other action are expressly reserved.

Dated: New York, New York
      June 5, 2017

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

/s/ Joel H. Levitin
Joel H. Levitin
Richard A. Stieglitz Jr.
Eighty Pine Street
New York, New York  10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
jlevitin@cahill.com
rstieglitz@cahill.com

*Attorneys for Falcon Strategic Partners IV, LP*