| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 17-11556-jlg<br>Southern District of New York<br>Manhattan<br>Tue Jun  6 12:10:41 EDT 2017 | National Events Holdings, LLC<br>1430 Broadway<br>7th Floor<br>New York, NY 10018-3308 | Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 |
| 360 EXPERIENCE SL<br>URIBITARTE 6, 2 PLANTA BILBAO<br>BASQUE COUNTRY, 48001<br>SPAIN | ALPHA PACKAGING<br>ATTN: STEVE ZARET<br>20-04 33RD STREET<br>ASTORIA, NY 11105-2010 | ANYTICKETS.COM TX<br>5959 RICHMOND AVE, STE 4020<br>HOUSTON, TX 77057-6325 |
| AP CONSULTING SERVICES<br>1643 SILLIMAN DRIVE<br>BATON ROUGE, LA 70808-1358 | BARRY'S TICKET SERVICE<br>23622 CALABASSAS ROAD<br>SUITE 123<br>CALABASAS, CA 91302-1589 | BOBER MARKEY FEDOROVICH<br>3421 RIDGEWOOD RD, STE 300<br>AKRON, OH 44333-3180 |
| CAHILL GORDON & REINDEL LLP<br>Attorneys for Falcon Strategic<br>Partners IV, LP<br>80 PINE STREET, #17<br>NEW YORK, NY 10005-1716 | CENTEX. TICKETS<br>4201 BEE CAVE ROAD, SUITE B100<br>AUSTIN, TX 78746-6490 | FALCON STRATEGIC PARTNERS IV<br>21 CUSTOM HOUSE STREET<br>10TH FLOOR<br>BOSTON, MA 02110-3507 |
| FIRST SERVE MIAMI<br>ATTN: JAMES CHAMPION<br>6501 NW 36TH STREET<br>MIAMI, FL 33166-6959 | FRONT ROW TICKETS - AZ<br>2402 S. RURAL ROAD, SUITE# 103<br>TEMPE, AZ 85282-2455 | GARY ROSOFF<br>5102 BEEMAN AVENUE<br>VALLEY VILLAGE, CA 91607-2929 |
| IMAGINE MANAGEMENT GROUP<br>710 BROADWAY 6TH FLOOR<br>NEW YORK, NY 10003-9527 | INTERNAL REVENUE SERVICE<br>SPEC. PROCEDURES FUNCTION<br>PO BOX 60<br>BROOKLYN, NY 11201 | JAJ EXECUTIVE SERVICES<br>445 BROADHOLLOW ROAD<br>SUITE 229<br>MELVILLE, NY 11747-3601 |
| LES CONCIERGES AT<br>FIDELITY INVESTMENTS<br>245 SUMMER STREET V1B<br>BOSTON, MA 02210-1133 | MAXIM TICKETS<br>6135 PARK SOUTH DRIVE<br>SUITE 110<br>CHARLOTTE, NC 28210-3270 | MAZZEN NASSER<br>626 161 STREET<br>WHITESTONE, NY 11357-1348 |
| MIGUEL LOPEZ<br>233 WEST 99TH STREET<br>APT. 10D<br>NEW YORK, NY 10025-5054 | Meyer Suozzi<br>Attn: Edward J. LoBello<br>990 Stewart Avenue<br>Garden City, NY 11530-9882 | Morrison Cohen LLP<br>Attn: Joseph Moldovan<br>909 Third Avenue<br>New York, New York 10022-4784 |
| NICHOLAS SHAKARJIAN<br>255 EMPRESS ROAD<br>HILLSBOROUGH, NC 27278-9097 | NY CITY DEPT. OF FINANCE<br>BANKRUPTCY & ASSIGNMENT UNIT<br>345 ADAMS STREET, 10TH FLOOR<br>BROOKLYN, NY 11201-3719 | NYC DEPT OF FINANCE<br>CHURCH STREET STATION<br>PO BOX 3671<br>NEW YORK, NY 10008-3671 |
| NYS DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | NYS DEPT. OF TAXATION<br>QUEENS DISTRICT OFFICE<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415-3618 | NYS DIVISION OF CORPORATIONS<br>ALBANY, NY 12231-0002 |

| | | |
|---|---|---|
| OFFICE OF THE US TRUSTEE<br>33 WHITEHALL STREET<br>SUITE 2100<br>NEW YORK, NY 10004-2112 | PAUL JONES<br>65 GROVE STREET, APT#2<br>JERSEY CITY, NJ 07302 | PRIME SPORT, INC.<br>3575 PIEDMONT ROAD, SUITE 150<br>ATLANTA, GA 30305-1632 |
| R. PERLMUTTER<br>448 NEPTUNE AVENUE<br>APT 16E<br>BROOKLYN, NY 11224-4429 | ROADTRIPS<br>191 LOMBARD AVENUEM SUITE 700<br>WINNIPEG, MB R3B 0X1<br>CANADA | SHEPPARD MULLIN RICHTER<br>& HAMPTON LLP<br>30 ROCKEFELLER PLAZA, 39TH FL<br>NEW YORK, NY 10112-2201 |
| SPORTS, ENTERTAINMENT & TRAVEL<br>301 NORTH NEIL STREET<br>SUITE 334<br>CHAMPAIGN, IL 61820-3168 | STUBHUB<br>121 2ND STREET, SUITE# 500<br>SAN FRANCISCO, CA 94105-3611 | Securities and Exchange Commission<br>200 Vesey Street, Suite 400<br>New York, NY 10281-8004 |
| TICKET CITY INC.<br>5912 BALCONES DRIVE, SUITE 102<br>AUSTIN, TX 78731-4289 | U.S. ATTORNEY S OFFICE SDNY<br>ANNT: RUSSELL CAPONE,<br>ONE ST. ANDREW S PLAZA<br>NEW YORK, NY 10007-1701 | (c)UNITED STATES ATTORNEY<br>ATT: CHIEF BANKRUTPCY LIT<br>300 CADMAN PLZ W FL 14<br>BROOKLYN NY  11201-3226 |
| US DEPT OF JUSTICE<br>TAX DIVISION<br>BOX 55<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0055 | United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 | VENUE KINGS<br>102-315 WEST 1ST STREET<br>NORTH VANCOUVER, BC V7M 1B5<br>CANADA |
| Hanh V. Huynh<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016-9302 | Stephen B. Selbst<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016-9302 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

UNITED STATES ATTORNEY
ATT: CHIEF BANKRUTPCY LIT
ONE PIERREPONT PLAZA
14TH FLOOR
BROOKLYN, NY 11201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Falcon Strategic Partners IV, LP | (d)FALCON STRATEGIC PARTNERS IV,<br>21 CUSTOM HOUSE STREET<br>10TH FLOOR<br>BOSTON, MA 02110-3507 | (u)IVOR JACOBSON |

End of Label Matrix
Mailable recipients     46
Bypassed recipients      3
Total                   49

# United States Bankruptcy Court
## Southern District of New York

In re   National Events Holdings, LLC                                    Case No.   17-11556
                                    Debtor(s)                             Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   June 6, 2017                          /s/ John DeMartino
                                              John DeMartino/CFO
                                              Signer/Title