UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
In re:

NATIONAL EVENTS HOLDINGS, LLC, *et al.*,

Debtors.
-------------------------------------------------------------------- X

Chapter 7
Case No.: 17-11556 (JLG)

(Jointly Administered)

## ORDER APPROVING SETTLEMENT AGREEMENT
## BETWEEN THE TRUSTEE AND VOLPONE ENTERPRISES LLC

Upon the motion (the "**Motion**")[1] of Kenneth P. Silverman, Esq., the chapter 7 trustee (the "**Trustee**") of the jointly administered estates of National Events Holdings, LLC, *et al.*[2] (the "**Debtors**"), seeking entry of an order approving a stipulation of settlement between the the Trustee and Volpone Enterprises LLC (the "**Stipulation of Settlement**"); and upon a hearing on the Motion having been held on November 21, 2017 (the "**Hearing**"), the record of which is incorporated herein by reference; and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Motion, including all exhibits annexed thereto, was sufficient and no additional notice of or a hearing on the Motion is required under the circumstances, and (v) the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest, and is supported by good business reasons as set forth in the Motion; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted to the extent provided herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

[2] The Debtors are: National Events Holdings, LLC (17-11556-JLG), National Events Intermediate, LLC (17-11557 (JLG),

2. The Stipulation of Settlement **attached to the Motion [JLG]** is approved.

3. The Trustee is authorized to take any and all actions reasonably necessary to perform or enforce any and all obligations contemplated by this Order.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
November 30, 2017

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

---

National Event Company II, LLC (17-11559-JLG), National Event Company III, LLC (17-11561-JLG), and World Events Group, LLC (17-11562-JLG).