UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

NATIONAL EVENTS HOLDINGS, LLC, *et al.*,[1]

Debtors.

Chapter 7

Case No.: 17-11556 (JLG)

(Jointly Administered)

-----------------------------------------------------------------x

**ORDER APPROVING 7 TRUSTEE'S MOTION PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO APPROVE SETTLEMENT AGREEMENT BY AND AMONG THE CHAPTER 7 TRUSTEE AND TALY USA HOLDINGS INC. AND SLL USA HOLDINGS, INC.**

Upon the motion dated May 27, 2026 (the "Motion") of Kenneth P. Silverman, Esq., chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estates of National Events Holdings, LLC; National Events Intermediate, LLC; National Event Company II, LLC; National Event Company III, LLC; and World Events Group II, LLC (collectively, the "LLC Debtors"), National Events of America, Inc.; and New World Events Group, Inc. (collectively, the "Corporate Debtors," and together with the LLC Debtors, the "Debtors"), by his attorneys, Rimon P.C., seeking entry of an order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 105 of title 11, United States Code (the "Bankruptcy Code"), approving the terms of a stipulation of settlement (the "Stipulation"), a copy of which is annexed to the Motion as **Exhibit A**, by and between the Trustee and Taly USA Holdings Inc. and SLL USA Holdings, LLC (together, "Taly," and together with the Trustee, the "Parties," and each, a "Party"); and upon the Affidavit of Service filed with the Court; and no objections to the Motion or the Stipulation having been filed; and upon the Certificate of No Objection filed with this Court on June 16, 2026 (ECF Doc. No. 1140); and upon the Chapter 7 Trustee's Supplement to Chapter 7 Trustee Motion

[1] The last four numbers of each Debtor's taxpayer identification number are: National Events Holdings, LLC (7314); National Events Intermediate, LLC (0566); National Event Company II, LLC (6663); National Event Company III, LLC (7592); World Events Group LLC (9429); National Events of America, Inc. (7314); and New World Events Group Inc. (8838).

Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure to Approve Settlement Agreement By and Among the Chapter 7 Trustee and Taly USA Holdings Inc. and SLL USA Holdings, Inc., filed on June 22, 2026 (ECF Doc. No. 1141) (the "Supplement"); and the Court having found that the settlement, as memorialized in the Stipulation and further addressed in the Supplement, to be fair, reasonable, and in the best interests of the Debtors' estates; and the Court having found that service of the Notice of Hearing, Motion with exhibits and proposed Approval Order is sufficient; and no additional notice being necessary or required; and the Court having reviewed the Motion and the Supplement and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Stipulation is approved.

3. The Trustee is authorized to take any and all actions reasonably necessary to perform or enforce any and all obligations contemplated by this Order.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
August 3, 2026

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge